*In re* VETTER'S ESTATE.

APPEAL AND ERROR—PROBATE APPEALS—RECORD—CONTENTS.
The record of an appeal to circuit from probate court, uncertified by the circuit judge, showing no entry of judgment, is not in condition for hearing in the Supreme Court.

Error to Berrien; Coolidge, J. Submitted April 13, 1910. ( Docket No. 78.) Decided July 14, 1910.

Nellie M. Roesing filed a petition as guardian of the estate of William A. Vetter, a minor, to require the executors of the estate of George Covell, a deceased guardian of the infant, to pay over funds to the petitioner. The petition was denied in the probate court, and she appealed to the circuit court, where an opinion was filed denying the petition, but no judgment entered.

*Alfred J. Parker*, for appellant.

*William H. Andrews*, for appellee.

PER CURIAM. This proceeding is brought here by writ of error. We have before us what purports to be a record. It has never been certified to this court in any form by the trial judge, nor has a judgment ever been entered.

The case is not in a condition to be heard